THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SPIEGEL, Appellant.

*Crimes — obscene printed matter — insufficiency of evidence that any written or printed matter was in possession of defendant.*

*People* v. *Spiegel*, 221 App. Div. 236, reversed.

(Argued November 28, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of possessing obscene printed matter in violation of section 1141 of the Penal Law.

*Leonard J. Obermeier, Oscar S. Rosner* and *Alvin S. Rosenson* for appellant.

*Joab H. Banton, District Attorney (William B. Moore* of counsel), for respondent.

Judgment of Appellate Division and that of Court of Special Sessions reversed and information dismissed upon the ground that there is no evidence that any written or printed matter was in the possession of the defendant.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.